UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **OLGA PATRICIA CARDENAS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **AMERICAN INTER-FIDELITY EXCHANGE INSURANCE COMPANY, ET AL.** | **NO. 15-428-JWD-RLB** |

**ORDER**

Before the court is a Motion to Quash Notice of Rule 30(b)(6) Deposition filed by American Inter-Fidelity Exchange ("AIFE") and SE Express Inc. (collectively, "Movants") on January 25, 2016. (R. Doc. 34). The period for filing an opposition has not expired.

On December 23, 2015, Plaintiffs' counsel noticed the Rule 30(b)(6) deposition of SE Express Inc. to take place on January 27, 2016. (R. Doc. 34-3).[1] Movants argue that the deposition must be quashed because it was not noticed at the principal place of business of SE Express Inc.; the proposed deposition topics are not described with reasonable particularity and seek irrelevant information; and the discovery sought can be conducted through more convenient, and less burdensome and expensive means. (R. Doc. 34 at 1-2).

Movants represent that their counsel attempted to discuss the foregoing issues by phone with Plaintiff's counsel on January 22, 2016, but were unable to reach him. (R. Doc. 34 at 2); (R. Doc. 34-4).

The noticed deposition date of January 27, 2016 has passed. The parties have provided no indication to the court whether the Rule 30(b)(6) deposition of SE Express Inc. was taken.

---

[1] The Movants represent that although it is titled "Supplemental" it was the first Rule 30(b)(6) notice served on SE Express Inc. (R. Doc. 34 at 1 n.1).

Based on the foregoing;

**IT IS ORDERED** that the Motion is **DENIED as moot** because the noticed date of the Rule 30(b)(6) deposition of SE Express Inc. has passed.

The parties are directed to meet-and-confer regarding the place where the deposition is to take place and the scope of the deposition topics prior to re-noticing the deposition or seeking any further relief from the court regarding the Rule 30(b)(6) deposition of SE Express Inc.

Any future motion regarding the noticed Rule 30(b)(6) deposition of SE Express Inc. must contain a certification that the movant has in good faith conferred or attempted to confer with the opposing party or its counsel in an effort to resolve the discovery dispute without court action.

Signed in Baton Rouge, Louisiana, on February 17, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**